**ZHEN JUN YE, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

Nos. 02–74075, 04–70871.

United States Court of Appeals, Ninth Circuit.

Submitted May 15, 2006.*

Decided May 22, 2006.

Jon Wu, Wu Jon Law Corporation, San Mateo, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA; William Campbell Erb, Jr., DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: B. FLETCHER, TROTT, and CALLAHAN, Circuit Judges.

### MEMORANDUM**

On January 26, 2006, the Board of Immigration Appeals granted petitioner's mo-

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

tion to reopen and remanded to the Immigration Judge for further proceedings. Because there is no longer a final order of removal, this court lacks jurisdiction over these consolidated petitions for review. *See Lopez–Ruiz v. Ashcroft,* 298 F.3d 886, 887 (9th Cir.2002) (order). Accordingly, the petitions are dismissed.

**PETITIONS FOR REVIEW DISMISSED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.